UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 415-105 |
| | ) | |
| SHAQUANNA HOOPER | ) | |

ORDER

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable James E. Graham.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable G. R. Smith for further plenary disposition.

SO ORDERED, this ___11___ day of January, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA